# EXHIBIT A

Arthur G. Lesmez, Esq. - SBN 118546
Robert Cohen, Esq. – SBN 97487
**THE LAW OFFICES OF ARTHUR G. LESMEZ**
**A Professional Corporation**
854 Pico Boulevard
Santa Monica, CA 90405-1325
Telephone: (310) 399-1111
Fax: (310) 399-FAXX (3299)
Email: info@loagl.com

Attorney for Plaintiff,
NITTI KAUR

Electronically FILED by
Superior Court of California,
County of Los Angeles
5/31/2024 1:15 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By D. Williams, Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES – UNLIMITED JURISDICTION

| | |
|---|---|
| NITTI KAUR | CASE NO.   24STCV13637 |
| Plaintiff, | ASSIGNED FOR ALL PURPOSES TO Judge: Dept.: |
| vs. | |
| | **COMPLAINT FOR DAMAGES** |
| TOOLITIN; YOUZI; ZHEJIANG YONGKANG YOUZI E-COMMERCE CO., LTD.; AMAZON; AMAZON.COM; AMAZON.COM SERVICES, LLC; AMAZON.COM, INC.; and DOES 1 to 100, inclusive, | 1. **Strict Products Liability** 2. **Negligence** |
| Defendants. | |

COMES NOW PLAINTIFF, NITTI KAUR (hereinafter "Plaintiff") and for causes of action against Defendant(s), TOOLITIN; YOUZI; ZHEJIANG YONGKANG YOUZI E-COMMERCE CO., LTD.; AMAZON; AMAZON.COM; AMAZON.COM SERVICES, LLC; AMAZON.COM, INC.; and DOES 1 to 100, inclusive, and each of them, complain and allege as follows:

### PARTIES & VENUE

1. Plaintiff is an individual over the age of 18 years and a resident of the City of Los Angeles, County of Los Angeles, State of California.

2. At all times mentioned herein, Defendant, TOOLITIN; and DOES 1 to 100, inclusive, was and is a business, brand, or maker who was and is engaged in e-commerce business in the County of Los Angeles, State of California. At all times herein mentioned, Defendant, TOOLITIN was and is engaged in the business of designing, constructing, assembling, inspecting, manufacturing, selling and distributing various products, such as, portable ladders, folding ladders, telescoping ladders magic snake hose, tire pump, floor bicycle pump, digital pressure gauge double cylinder foot pump, cycling bike frame top tube Bag punch, Bike phone frame bag with water bottle holder bag, including the Telescoping Ladder,8.5FT One Button Retraction Stainless Steel Telescopic Extension Ladder, Soft Close Design Extendable Ladders Portable for Household Daily or RV Work, 330 Pound Capacity.

3. At all times mentioned herein, Defendant, YOUZI; ZHEJIANG YONGKANG YOUZI E-COMMERCE CO., LTD.; and DOES 1 to 100, inclusive, was and is engaged in e-commerce business in the County of Los Angeles, State of California. At all times herein mentioned, Defendant, YOUZI; ZHEJIANG YONGKANG YOUZI E-COMMERCE CO., LTD.; was and is engaged in the business of inspecting, maintaining, selling and distributing various types of products, such as, bike pump with gauge, step ladders, bike accessories, including the Telescoping Ladder,8.5FT One Button Retraction Stainless Steel Telescopic Extension Ladder, Soft Close Design Extendable Ladders Portable for Household Daily or RV Work, 330 Pound Capacity.

4. At all times mentioned herein, Defendants, AMAZON; AMAZON.COM; AMAZON.COM SERVICES, LLC; AMAZON.COM, INC.; and DOES 1 to 100, inclusive, was and is engaged in e-commerce business in the County of Los Angeles, State of California. At all times herein mentioned, Defendants, AMAZON; AMAZOM.COM; AMAZOM.COM SERVICES, LLC; AMAZON.COM, INC. are in the business of inspecting, maintaining and/or selling to the public various types of goods, including the Telescoping Ladder,8.5FT One Button Retraction Stainless Steel Telescopic Extension Ladder, Soft Close Design Extendable Ladders Portable for Household Daily or RV Work, 330 Pound Capacity, designed, sold, assembled and manufactured by Defendant, TOOLITIN and/or YOUZI; ZHEJIANG YONGKANG YOUZI E-COMMERCE CO., LTD.; and DOES 1 to 100, inclusive.

5. The true names and/or capacities, whether individual, corporate, governmental, associate or otherwise of Defendants, 1 to 100, inclusive, and each of them, are unknown to Plaintiff, who therefore sue said Defendants by such fictitious names. Plaintiff is informed and believe, and thereon allege, that each Defenant fictitiously names herein as a DOE is legally responsible for negligence, strict liability, misrepresentation, products liability or fraud, and such other occurrences as alleged herein, for the events and damages hereinafter referred to, and which thereby caused the injuries and damages to Plaintiff as hereinafter alleged. Plaintiff will ask leave of Court to amend this Complaint to insert the true names and/or capacities of such fictitiously named Defendants when the same have been ascertained.

6. Plaintiff is informed and believes, and thereon alleges, that at all times relevant herein, each Defendant was the owner, agent, servant, joint-venturer, employer or employee of each of the remaining Defendants and, in doing the acts or omissions hereinafter alleged, each Defendant was acting within the course and scope of such ownership, agency, service, joint venture or employment and with the permission and consent of each remaining Defendant, and the acts or omissions of each defendant as alleged herein were ratified by all other Defendants, and by each of them.

7. Venue and jurisdiction properly lie with this Court as it is the place where Plaintiff sustained injuries and damages which give rise to this suit. Plaintiff hereby demands a jury trial.

### GENERAL ALLEGATIONS

8. On June 19, 2021, Plaintiff purchased from Defendants, TOOLITIN; YOUZI; ZHEJIANG YONGKANG YOUZI E-COMMERCE CO., LTD.; AMAZON; AMAZON.COM; AMAZON.COM SERVICES, LLC; AMAZON.COM, INC.; and DOES 1 to 100, inclusive, the Telescoping Ladder,8.5FT One Button Retraction Stainless Steel Telescopic Extension Ladder, Soft Close Design Extendable Ladders Portable for Household Daily or RV Work, 330 Pound Capacity that had previously been designed, manufactured, constructed, assembled, inspected, distributed, maintained and/or sold by Defendants, TOOLITIN; YOUZI; ZHEJIANG YONGKANG YOUZI E-COMMERCE CO., LTD.; AMAZON; AMAZON.COM; AMAZON.COM SERVICES, LLC; AMAZON.COM, INC.; and DOES 1 to 100, inclusive.

\\\

9. On June 20, 2022, Plaintiff was injured while using said Telescoping Ladder,8.5FT One Button Retraction Stainless Steel Telescopic Extension Ladder, Soft Close Design Extendable Ladders Portable for Household Daily or RV Work, 330 Pound Capacity in a manner in which it was intended, at which time the ladder malfunctioned, abruptly collapsing on itself and caused the injuries sustained by Plaintiff.

10. Defendants, TOOLITIN; YOUZI; ZHEJIANG YONGKANG YOUZI E-COMMERCE CO., LTD.; AMAZON; AMAZON.COM; AMAZON.COM SERVICES, LLC; AMAZON.COM, INC.; and DOES 1 to 100, inclusive so negligently and carelessly designed, manufactured, constructed, assembled, inspected, distributed, maintained and/or sold the Telescoping Ladder,8.5FT One Button Retraction Stainless Steel Telescopic Extension Ladder, Soft Close Design Extendable Ladders Portable for Household Daily or RV Work, 330 Pound Capacity, knowing that it was dangerous and unsafe for its intended use.

11. On June 20, 2022, Plaintiff was using the Telescoping Ladder,8.5FT One Button Retraction Stainless Steel Telescopic Extension Ladder, Soft Close Design Extendable Ladders Portable for Household Daily or RV Work, 330 Pound Capacity at her residence, 4817 Pickford Street, Los Angeles, CA 90019 in a reasonably foreseeable and intended fashion. Plaintiff climbed up the ladder and, when she stepped on one of the steps, the step and the extension suddenly abruptly and immediately collapsed causing her to fall and sustain severe injuries and damages.

## FIRST CAUSE OF ACTION

## STRICT PRODUCTS LIABILITY

### (As Against all Defendants)

12. Plaintiff hereby incorporates by reference paragraphs 1 through 11, as if set forth herein full.

13. At all times mentioned herein and relevant hereto the Telescoping Ladder,8.5FT One Button Retraction Stainless Steel Telescopic Extension Ladder, Soft Close Design Extendable Ladders Portable for Household Daily or RV Work, 330 Pound Capacity contained design, manufacturing and/or warning defects, and was capable of causing and in fact did cause personal injuries, while being used in a reasonably foreseeable manner, all factors of which rendered the ladder unsafe and dangerous.

14. On June 20, 2022, the Telescoping Ladder,8.5FT One Button Retraction Stainless Steel Telescopic Extension Ladder, Soft Close Design Extendable Ladders Portable for Household Daily or RV Work, 330 Pound Capacity was being used in a reasonably foreseeable manner. As a result of the defective design, improper manufacture, and/or lack of warning, the Telescoping Ladder,8.5FT One Button Retraction Stainless Steel Telescopic Extension Ladder, Soft Close Design Extendable Ladders Portable for Household Daily or RV Work, 330 Pound Capacity broke and collapsed, causing the injuries and damages sustained by Plaintiff.

15. As a legal result of the acts and omissions of Defendants, TOOLITIN; YOUZI; ZHEJIANG YONGKANG YOUZI E-COMMERCE CO., LTD.; AMAZON; AMAZON.COM; AMAZON.COM SERVICES, LLC; AMAZON.COM, INC.; and DOES 1 to 100, inclusive, Plaintiff sustained a traumatic fracture to her wrist, causing life changing injuries, pain and suffering the value of which will be determined according to proof at trial.

16. As a further legal result of the acts and omissions of Defendants, TOOLITIN; YOUZI; ZHEJIANG YONGKANG YOUZI E-COMMERCE CO., LTD.; AMAZON; AMAZON.COM; AMAZON.COM SERVICES, LLC; AMAZON.COM, INC.; and DOES 1 to 100, inclusive, Plaintiff was required to and did employ physicians, surgeons, and other individuals to examine, treat, and care for her, and did incur medical and other expenses all in an amount to be determined according to proof at trial.

**SECOND CAUSE OF ACTION**

**NEGLIGENCE**

**(As Against all Defendants)**

17. Plaintiff hereby incorporates by reference paragraphs 1 through 16, as if set forth herein full.

18. At all times mentioned herein, Defendants, TOOLITIN; YOUZI; ZHEJIANG YONGKANG YOUZI E-COMMERCE CO., LTD.; AMAZON; AMAZON.COM; AMAZON.COM SERVICES, LLC; AMAZON.COM, INC.; and DOES 1 to 100, inclusive, had a duty of care to properly design, manufacture, supply, inspect, test, distribute, repair, maintain, sell and/or recall/retrofit the Telescoping Ladder,8.5FT One Button Retraction Stainless Steel Telescopic Extension Ladder, Soft Close Design Extendable Ladders Portable for Household Daily or RV Work, 330 Pound Capacity

in favor of consumers who used the product.

19. At all times mentioned herein, Defendants, TOOLITIN; YOUZI; ZHEJIANG YONGKANG YOUZI E-COMMERCE CO., LTD.; AMAZON; AMAZON.COM; AMAZON.COM SERVICES, LLC; AMAZON.COM, INC.; and DOES 1 to 100, inclusive, breached their duty of ordinary care by negligently designing, manufacturing, supplying, inspecting, testing, distribution, repairing, maintaining, selling and/or failing to recall/retrofit the Telescoping Ladder,8.5FT One Button Retraction Stainless Steel Telescopic Extension Ladder, Soft Close Design Extendable Ladders Portable for Household Daily or RV Work, 330 Pound Capacity, which was dangerous and defective.

20. As alleged herein, Defendants, TOOLITIN; YOUZI; ZHEJIANG YONGKANG YOUZI E-COMMERCE CO., LTD.; AMAZON; AMAZON.COM; AMAZON.COM SERVICES, LLC; AMAZON.COM, INC.; and DOES 1 to 100, inclusive, knew or should have known about the likelihood and severity of potential harm from the Telescoping Ladder,8.5FT One Button Retraction Stainless Steel Telescopic Extension Ladder, Soft Close Design Extendable Ladders Portable for Household Daily or RV Work, 330 Pound Capacity and chose to expose the public to said harm instead of accepting the burden of taking safety measures to reduce or avoid the harm. Defendants, TOOLITIN; YOUZI; ZHEJIANG YONGKANG YOUZI E-COMMERCE CO., LTD.; AMAZON; AMAZON.COM; AMAZON.COM SERVICES, LLC; AMAZON.COM, INC.; and DOES 1 to 100, inclusive, knew or should have known that the Telescoping Ladder,8.5FT One Button Retraction Stainless Steel Telescopic Extension Ladder, Soft Close Design Extendable Ladders Portable for Household Daily or RV Work, 330 Pound Capacity was capable of causing, and did in fact cause personal injuries while being used in a reasonably foreseeable manner. Defendants, TOOLITIN; YOUZI; ZHEJIANG YONGKANG YOUZI E-COMMERCE CO., LTD.; AMAZON; AMAZON.COM; AMAZON.COM SERVICES, LLC; AMAZON.COM, INC.; and DOES 1 to 100, inclusive, knew or reasonably should have known that the Telescoping Ladder,8.5FT One Button Retraction Stainless Steel Telescopic Extension Ladder, Soft Close Design Extendable Ladders Portable for Household Daily or RV Work, 330 Pound Capacity was dangerous or was likely to be dangerous when used in a reasonably foreseeable manner. Defendants, TOOLITIN; YOUZI;

ZHEJIANG YONGKANG YOUZI E-COMMERCE CO., LTD.; AMAZON; AMAZON.COM; AMAZON.COM SERVICES, LLC; AMAZON.COM, INC.; and DOES 1 to 100, inclusive, were aware of this defect and continued to be aware of this defect even after the Telescoping Ladder,8.5FT One Button Retraction Stainless Steel Telescopic Extension Ladder, Soft Close Design Extendable Ladders Portable for Household Daily or RV Work, 330 Pound Capacity was designed, manufactured, distributed, and/or sold. A reasonable designer, manufacturer, supplier, inspector, tester, distributor, repairer, maintainer, seller, and/or retrofitter under the same or similar circumstances would have, at a minimum, recalled and retrofitted the Telescoping Ladder,8.5FT One Button Retraction Stainless Steel Telescopic Extension Ladder, Soft Close Design Extendable Ladders Portable for Household Daily or RV Work, 330 Pound Capacity, to make it safe.

21. As a result of the aforementioned acts of Defendants, TOOLITIN; YOUZI; ZHEJIANG YONGKANG YOUZI E-COMMERCE CO., LTD.; AMAZON; AMAZON.COM; AMAZON.COM SERVICES, LLC; AMAZON.COM, INC.; and DOES 1 to 100, inclusive, on June 20, 2022, as the Telescoping Ladder,8.5FT One Button Retraction Stainless Steel Telescopic Extension Ladder, Soft Close Design Extendable Ladders Portable for Household Daily or RV Work, 330 Pound Capacity was being used in a reasonably foreseeable fashion, it caused in whole or in part the injuries and damages as alleged herein.

22. As a legal result of the acts and omissions of Defendants, TOOLITIN; YOUZI; ZHEJIANG YONGKANG YOUZI E-COMMERCE CO., LTD.; AMAZON; AMAZON.COM; AMAZON.COM SERVICES, LLC; AMAZON.COM, INC.; and DOES 1 to 100, inclusive, Plaintiff sustained a traumatic fracture to her wrist, life altering injuries, including pain and suffering the value of which will be determined according to proof at trial.

23. As a further legal result of the acts and omissions of Defendants, TOOLITIN; YOUZI; ZHEJIANG YONGKANG YOUZI E-COMMERCE CO., LTD.; AMAZON; AMAZON.COM; AMAZON.COM SERVICES, LLC; AMAZON.COM, INC.; and DOES 1 to 100, inclusive, Plaintiff was required to and did employ physicians, surgeons, and other individuals to examine, treat, and care for her, and did incur medical and other expenses all in an amount to be determined according to proof at trial.

WHEREFORE, Plaintiff pray for judgment against Defendants, and each of them, as to all causes of action as follows:

1. For all economic damages according to proof;

2. For all non-economic damages according to proof;

3. For costs of suit incurred herein;

4. For interest on all sums awarded according to proof; and

5. For such other and further relief as the court may deem proper.

DATED: 5/31/2024

THE LAW OFFICES OF ARTHUR G. LESMEZ
A Professional Corporation

By: _____

ARTHUR G. LESMEZ, ESQ.
Attorney for Plaintiff, NITTI KAUR